UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: WILFRED J. FIELDS　　　　　　　　　CASE NO. 21-50300
*aka Wilfred Joseph Fields*

DEBTOR　　　　　　　　　　　　　　　　　CHAPTER 13

---

**OBJECTION TO CONFIRMATION**

SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series IV Trust ("SN Servicing Corporation"), through undersigned counsel, respectfully objects to the confirmation of Debtor's Chapter 13 Plan based on the following representations:

1.

SN Servicing Corporation is the holder of a Promissory Note secured by an Act of Mortgage of even date and amount on the Property bearing the municipal address 10653 Highway 182, Franklin, Louisiana 70538. The Property is Debtor's principal residence.

2.

SN Servicing Corporation has filed its Proof of Claim (Claim 7-1) for the total indebtedness of $88,810.45 including pre-petition arrearage of $37,608.28.

3.

Debtor's proposed Plan provides to pay SN Servicing Corporation a pre-petition arrearage of $35,807.03. The Plan as stated impermissibly modifies SN Servicing Corporation's rights by failing to cure the default.

WHEREFORE, SN Servicing Corporation prays that its objection be sustained, and

Debtor's Chapter 13 Plan be amended to resolve the objection or in the alternative the Court deny confirmation.

Respectfully submitted,

/s/ Matthew Resor
Cris Jackson (No. 20876)
Matthew Resor (No. 36929)
JACKSON & McPHERSON, L.L.C.
935 Gravier Street, Suite 1400
New Orleans, LA 70112
Phone:  504-581-9444
Fax:  504-588-2888
Email:  cjackson@jacksonmcpherson.com
Email:  mresor@jacksonmcpherson.com

Attorney for SN Servicing Corporation

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: WILFRED J. FIELDS<br>*aka Wilfred Joseph Fields* | CASE NO. 21-50300 |
| DEBTOR | CHAPTER 13 |

### CERTIFICATE OF SERVICE

I certify that a copy of the Objection to Confirmation of SN Servicing Corporation has been served on the Debtor at the address listed below by United States Mail, postage prepaid, and to Debtor's counsel and the Chapter 13 Trustee electronically, through CM/ECF on July 28, 2021.

Wilfred J. Fields
10653 Hwy. 182
Franklin, LA 70538

Lisa W. Thomas, Counsel for Debtor
lwthomaslaw@yahoo.com

Keith A. Rodriguez, Chapter 13 Trustee
ecf@keithrodriguez.com

/s/ Matthew Resor
Matthew Resor (No. 36929)